1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRANK VALENZUELA, JR.,

11              Petitioner,                No. CIV S-04-0460 MCE JFM P

12       vs.

13   SCOTT KERNAN, Warden, et al.,

14              Respondents.              ORDER

15   _____/

16           Petitioner has requested an extension of time to file and serve objections to the

17   June 22, 2005 findings and recommendations.  Good cause appearing, IT IS HEREBY

18   ORDERED that:

19           1.  Petitioner's July 8, 2005 request for an extension of time is granted; and

20           2.  Petitioner shall file and serve objections to the June 22, 2005 findings and

21   recommendations on or before August 1, 2005.

22   DATED:  July 14, 2005.

23

24

                                UNITED STATES MAGISTRATE JUDGE

25

26
     12/kf
     vale0460.111

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26