IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK VALENZUELA, JR.,                  No. CIV S-04-0460 MCE JFM P

      Petitioner,

  v.                                    ORDER

SCOTT KERNAN, WARDEN, ET AL.,

      Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 7, 2005 dismissal of his application for a writ of habeas corpus as barred by the statute of limitations. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

///

1

1  The court must either issue a certificate of appealability
2  indicating which issues satisfy the required showing or must
3  state the reasons why such a certificate should not issue.  Fed.
4  R. App. P. 22(b).
5      Where, as here, the petition was dismissed on procedural
6  grounds, a certificate of appealability "should issue if the
7  prisoner can show:  (1) 'that jurists of reason would find it
8  debatable whether the district court was correct in its
9  procedural ruling'; and (2) 'that jurists of reason would find it
10 debatable whether the petition states a valid claim of the denial
11 of a constitutional right.'"  Morris v. Woodford, 229 F.3d 775,
12 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 120
13 S.Ct. 1595, 1604 (2000)).
14     After careful review of the entire record herein, this court
15 finds that petitioner has not satisfied the first requirement for
16 issuance of a certificate of appealability in this case.
17 Specifically, there is no showing that jurists of reason would
18 find it debatable whether this action is barred by the statute of
19 limitations.  Accordingly, a certificate of appealability should
20 not issue in this action.
21     IT IS SO ORDERED.
22 DATED: October 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2